FILED
2014 APR 25 AM 11: 24
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VERSATA SOFTWARE, INC., f/k/a TRILOGY SOFTWARE, INC., and VERSATA DEVELOPMENT GROUP, INC., f/k/a TRILOGY DEVELOPMENT GROUP, INC.,<br><br>    *Plaintiffs,*<br><br>V.<br><br>AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, INC., AMERICAN ENTERPRISE INVESTMENT SERVICES, INC.,<br><br>    *Defendants,*<br><br>AMERIPRISE FINANCIAL, INC.<br><br>    *Counter-Plaintiff,*<br><br>V.<br><br>VERSATA SOFTWARE, INC., f/k/a TRILOGY SOFTWARE, INC., and VERSATA DEVELOPMENT GROUP INC., f/k/a TRILOGY DEVELOPMENT GROUP, INC.,<br><br>    *Counter-Defendants* | CASE NO. 1:14-cv-221-SS |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss the above-styled-and-numbered cause. The Court has reviewed the same and finds it to be in order.

ACCORDINGLY, IT IS ORDERED that the Parties' Joint Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that this cause and all claims and causes of action asserted herein by any party are hereby DISMISSED WITH PREJUDICE.



IT IS FURTHER ORDERED that all remaining, pending motions are MOOT.

IT IS FURTHER ORDERED that all relief not expressly granted in this Order is DENIED.

Signed and entered this 26th day of April, 2014.

Bamsparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE